B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>SOUTHERN DISTRICT OF TEXAS<br>GALVESTON DIVISION | (REDACTED)<br>Voluntary Petition<br>Case #: 14-80403 |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Block, Eric** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Block, Pegi** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-1106** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-4500** |
| Street Address of Debtor (No. and Street, City, and State):<br>**315 Harborside Cir**<br>**Kemah, TX**　　　ZIP CODE **77565** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**315 Harborside Cir**<br>**Kemah, TX**　　　ZIP CODE **77565** |
| County of Residence or of the Principal Place of Business:<br>**GALVESTON** | County of Residence or of the Principal Place of Business:<br>**GALVESTON** |
| Mailing Address of Debtor (if different from street address):<br>**315 Harborside Cir**<br>**Kemah, TX**　　　ZIP CODE **77565** | Mailing Address of Joint Debtor (if different from street address):<br>**315 Harborside Cir**<br>**Kemah, TX**　　　ZIP CODE **77565** |
| Location of Principal Assets of Business Debtor (if different from street address above):　　　ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [x] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Check one box:**　**Chapter 11 Debtors**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

**Check all applicable boxes:**
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**　　　THIS SPACE IS FOR COURT USE ONLY

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (04/13)                                                                                                  Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Eric Block**<br>**Pegi Block** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br><b>X</b>   <u>/s/ John E. Smith</u>         10/24/2014<br>      John E. Smith               Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>     ☑   Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.<br><br>If this is a joint petition:<br>     ☑   Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box.) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)<br><br><br>                 _____<br>                 (Name of landlord that obtained judgment)<br><br><br><br>                 _____<br>                 (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)). |

B1 (Official Form 1) (04/13) | Page 3

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):   **Eric Block**<br>**Pegi Block** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7]  I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition]  I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Eric Block**
   **Eric Block**

X **/s/ Pegi Block**
   **Pegi Block**

Telephone Number (If not represented by attorney)

**10/24/2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| Signature of Attorney* | Signature of Non-Attorney Bankruptcy Petition Preparer |
|---|---|

**Signature of Attorney***

X **/s/ John E. Smith**
   **John E. Smith**      Bar No. **18613275**

**John E. Smith & Associates, P.C.**
**907 South Friendswood Drive**
**Suite 204**
**Friendswood, Texas 77546-5489**

Phone No. **(281) 996-9393**   Fax No. **(713) 620-3093**

   10/24/2014
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that:  (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section.  Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)  (Required by 11 U.S.C. § 110.)

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

X _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE:  **Eric Block**                                CASE NO   **14-80403**
        **Pegi Block**

                                                      CHAPTER   **13**

*(REDACTED)*
## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept: | Fixed Fee: | **$4,810.00** |
| Prior to the filing of this statement I have received: | | **$4,500.00** |
| Balance Due: | | **$310.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**10/24/2014**                          **/s/ John E. Smith**
*Date*                                  *John E. Smith*                        Bar No.  18613275
                                        John E. Smith & Associates, P.C.
                                        907 South Friendswood Drive
                                        Suite 204
                                        Friendswood, Texas 77546-5489
                                        Phone: (281) 996-9393 / Fax: (713) 620-3093

---

**/s/ Eric Block**                                **/s/ Pegi Block**
*Eric Block*                                      *Pegi Block*

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re  **Eric Block**                                     Case No.    **14-80403**
       **Pegi Block**

                                                         Chapter     **13**

*(REDACTED)*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $490,000.00 | | |
| B - Personal Property | Yes | 7 | $66,222.41 | | |
| C - Property Claimed as Exempt | Yes | 5 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $419,330.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $40,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 11 | | $224,983.61 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | $10,529.51 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 4 | | | $7,946.23 |
| TOTAL | | 37 | $556,222.41 | $684,313.77 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re  **Eric Block**                                   Case No.    **14-80403**
        **Pegi Block**

                                                        Chapter     **13**

*(REDACTED)*
## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $40,000.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $78,953.43 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$118,953.43** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $10,529.51 |
| Average Expenses (from Schedule J, Line 22) | $7,946.23 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $13,532.28 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $828.27 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $40,000.00 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4.  Total from Schedule F | | $224,983.61 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $225,811.88 |

B6A (Official Form 6A) (12/07)

In re **Eric Block**
    **Pegi Block**

Case No. <u>**14-80403**</u>
          (if known)

*(REDACTED)*
## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| 315 Harborside Cir, League City, TX 77565 Single Family Home Legal Description: THE ARBORS AT WATERFORD HARBOR SUB (98), BLOCK 3, LOT 13, ACRES 0.103, GALVESTON COUNTY, TEXAS | SINGLE FAMILY HOME | C | $490,000.00 | $391,311.31 |
| | | Total: | $490,000.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re **Eric Block**                                      Case No.    **14-80403**
      **Pegi Block**                                                  _____
                                                                      (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | Cash on Hand | C | $100.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Wells Fargo Bank, NA (Checking xxxxxx9034) | C | $2.44 |
| | | Wells Fargo Bank, NA (Checking xxxxxx9042) | C | $0.23 |
| | | Wells Fargo Bank, NA (Savings/Money Market xxxxxx8924) | C | $0.53 |
| | | Wells Fargo Bank, NA (Savings/Money Market xxxxxx4822) | C | $0.68 |
| | | Wells Fargo Bank, NA (Savings/Money Market xxxxxx7095) | C | $65.03 |
| | | Chase (Checking xxxxxx7326) | C | ($10.00) |
| | | Amegy (Checking xxxxxx3928) | C | $291.00 |
| | | Amegy (Savings/Money Market xxxxxxx5701) | C | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Centerpoint Energy | C | $100.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | 1 Sofa(s) | C | $400.00 |
| | | 1 Loveseat(s) | C | $300.00 |
| | | Television 1: 46" LCD | C | $300.00 |
| | | Television 2: Sony Wga | C | $50.00 |
| | | Entertainment Center / Tv Cabinet | C | $100.00 |
| | | 1 Dvd Player | C | $50.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eric Block**                                            Case No.  **14-80403**
       **Pegi Block**                                                       (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | Vhs Player | C | $25.00 |
| | | Personal Computer | C | $150.00 |
| | | Stereo | C | $300.00 |
| | | Video Game System | C | $200.00 |
| | | Coffee Table | C | $250.00 |
| | | Kitchen Table | C | $200.00 |
| | | Dining Table | C | $300.00 |
| | | China Cabinet | C | $200.00 |
| | | Washing Machine | C | $200.00 |
| | | Clothes Dryer | C | $200.00 |
| | | Dishes / Flatware | C | $200.00 |
| | | China / Silverware | C | $400.00 |
| | | Pots / Pans / Cookware | C | $150.00 |
| | | 3 Beds | C | $600.00 |
| | | Dresser(s) / Nightstand(s) | C | $300.00 |
| | | Lamps / Accessories | C | $200.00 |
| | | Telephone | C | $100.00 |
| | | Cellular Telephones | C | $400.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eric Block**                         Case No.  **14-80403**
      **Pegi Block**                                (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Misc Books | C | $500.00 |
| | | Family Pictures: Misc Pictures | C | $0.00 |
| | | Art Objects: Misc Pictures | C | $500.00 |
| | | Compact Discs: misc | C | $100.00 |
| | | Dvds: Misc | C | $500.00 |
| | | Records: Misc | C | $150.00 |
| | | Sports cards | C | $300.00 |
| 6. Wearing apparel. | | Clothing / Wearing Apparel for 2 adult(s) | C | $500.00 |
| 7. Furs and jewelry. | | Wedding Rings: His and Hers | C | $1,000.00 |
| | | Watches: His and Hers | C | $1,000.00 |
| | | Earrings: Misc | C | $100.00 |
| | | Necklaces: Misc | C | $100.00 |
| | | Bracelets: Misc | C | $500.00 |
| | | Costume Jewelry: Misc | C | $100.00 |
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | | Camera: Small Digital | C | $100.00 |
| | | Pool Table | C | $500.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eric Block**                                     Case No.  **14-80403**
      **Pegi Block**                                                          (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | ANICO<br>Type: whole/universal<br>Insured: husband<br>Beneficiaries: Wife<br>Cash Value : 200 | C | $200.00 |
| | | ANICO<br>Type: whole/universal<br>Insured: spouse<br>Beneficiaries: Husband<br>Cash Value: 200 | C | $200.00 |
| | | Banner Life<br>Type: term<br>Insured: spouse<br>Beneficiaries: Husband<br>Cash Value: 0 | C | $0.00 |
| 10. Annuities.  Itemize and name each issuer. | | Enron Pension: Eric Block - John Hancock Life Insurance<br>$335 monthly | C | $335.00 |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | | State of Texas Employees Retirement for Eric Block (debtor will have a right to a ~$2000 monthly pension from the State of Texas when he retires. Debtor is currently employed and cannot get payments until he quits and fully retires) | C | $0.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Eric Block**                                             Case No.   **14-80403**
       **Pegi Block**                                                              (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | 50 % Interest in Block & Elmore PLLC Balance sheet- $19,825. | C | $9,912.50 |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Eric Block**                                   Case No.  **14-80403**
      **Pegi Block**                                                (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Mesh Litigation | C | $0.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2011 BMW 528i 528i | C | $27,000.00 |
| | | 2003 Infiniti G35 Coupe | C | $4,000.00 |
| 26. Boats, motors, and accessories. | | 2006 MB Sport 24V Boat Shell / Surrendering to Lien Holder | C | $10,000.00 |
| | | 2000 Mastercraft Trailer Trailor | C | $1,200.00 |
| 27. Aircraft and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Eric Block**            Case No.   **14-80403**
      **Pegi Block**                                    (if known)

*(REDACTED)*
## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | Desk and File cabinets | C | $900.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | Printers | C | $300.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____6_____ continuation sheets attached     **Total  >** | **$66,222.41**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/13)

In re  **Eric Block**                                        Case No.  **14-80403**
     **Pegi Block**                                                            (If known)

*(REDACTED)*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:       ☐  Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                    $155,675.*

☐  11 U.S.C. § 522(b)(2)

☒  11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| 315 Harborside Cir, League City, TX 77565 Single Family Home Legal Description: THE ARBORS AT WATERFORD HARBOR SUB (98), BLOCK 3, LOT 13, ACRES 0.103, GALVESTON COUNTY, TEXAS | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $98,688.69 | $490,000.00 |
| Centerpoint Energy | Const. art. 16 §§ 50, 51, Texas Prop. Code §§ 41.001-.002 | $100.00 | $100.00 |
| 1 Sofa(s) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| 1 Loveseat(s) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Television 1: 46" LCD | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Television 2: Sony Wga | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Entertainment Center / Tv Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| 1 Dvd Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $50.00 | $50.00 |
| Vhs Player | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $25.00 | $25.00 |
| *Amount subject to adjustment on 4/01/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$100,013.69** | **$491,325.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Eric Block**                                                  Case No.   **14-80403**
      **Pegi Block**                                                                                  (If known)

*(REDACTED)*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Personal Computer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Stereo | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Video Game System | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Coffee Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $250.00 | $250.00 |
| Kitchen Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Dining Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| China Cabinet | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Washing Machine | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Clothes Dryer | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Dishes / Flatware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| China / Silverware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Pots / Pans / Cookware | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| 3 Beds | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $600.00 | $600.00 |
| | | **$103,363.69** | **$494,675.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Eric Block**                                            Case No.   **14-80403**
       **Pegi Block**                                                        (If known)

*(REDACTED)*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 2*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Dresser(s) / Nightstand(s) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Lamps / Accessories | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $200.00 | $200.00 |
| Telephone | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Cellular Telephones | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $400.00 | $400.00 |
| Misc Books | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Family Pictures: Misc Pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $0.00 | $0.00 |
| Art Objects: Misc Pictures | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Compact Discs: misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $100.00 | $100.00 |
| Dvds: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $500.00 | $500.00 |
| Records: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $150.00 | $150.00 |
| Sports cards | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(1) | $300.00 | $300.00 |
| Clothing / Wearing Apparel for 2 adult(s) | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(5) | $500.00 | $500.00 |
| Wedding Rings: His and Hers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| | | **$107,913.69** | **$499,225.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Eric Block**                                      Case No.  **14-80403**
       **Pegi Block**                                                 _____
                                                                      (If known)

*(REDACTED)*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 3*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Watches: His and Hers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $1,000.00 | $1,000.00 |
| Earrings: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $100.00 | $100.00 |
| Necklaces: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $100.00 | $100.00 |
| Bracelets: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $500.00 | $500.00 |
| Costume Jewelry: Misc | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(6) | $100.00 | $100.00 |
| Camera: Small Digital | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $100.00 | $100.00 |
| Pool Table | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(8) | $500.00 | $500.00 |
| ANICO<br>Type: whole/universal<br>Insured: husband<br>Beneficiaries: Wife<br>Cash Value : 200 | Tex. Ins. Code §§ 1108.001, 1108.051 | $200.00 | $200.00 |
| ANICO<br>Type: whole/universal<br>Insured: spouse<br>Beneficiaries: Husband<br>Cash Value: 200 | Tex. Ins. Code §§ 1108.001, 1108.051 | $200.00 | $200.00 |
| Banner Life<br>Type: term<br>Insured: spouse<br>Beneficiaries: Husband<br>Cash Value: 0 | Tex. Ins. Code §§ 1108.001, 1108.051 | $0.00 | $0.00 |
| | | **$110,713.69** | **$502,025.00** |

B6C (Official Form 6C) (4/13) -- Cont.

In re  **Eric Block**                                  Case No.   **14-80403**
       **Pegi Block**                                             (If known)

*(REDACTED)*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 4*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Enron Pension: Eric Block - John Hancock Life Insurance $335 monthly | Tex. Ins. Code §§ 1108.001, 1108.051 | $335.00 | $335.00 |
| State of Texas Employees Retirement for Eric Block (debtor will have a right to a ~$2000 monthly pension from the State of Texas when he retires. Debtor is currently employed and cannot get payments until he quits and fully retires) | Tex. Prop. Code § 42.0021 | $0.00 | $0.00 |
| 2011 BMW 528i 528i | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $13,309.42 | $27,000.00 |
| 2003 Infiniti G35 Coupe | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(9) | $500.00 | $4,000.00 |
| Desk and File cabinets | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $900.00 | $900.00 |
| Printers | Tex. Prop. Code §§ 42.001(a), 42.002 (a)(4) | $300.00 | $300.00 |
| | | **$126,058.11** | **$534,560.00** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE:  **Eric Block**
       **Pegi Block**

CASE NO  **14-80403**

CHAPTER  **13**

*(REDACTED)*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)

**Exemption Totals by Category:**

(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------:|-------------------:|-------------:|--------------------:|------------------------:|
| N/A | Real Property. | $490,000.00 | $391,311.31 | $98,688.69 | $98,688.69 | $0.00 |
| 1. | Cash on hand. | $100.00 | $0.00 | $100.00 | $0.00 | $100.00 |
| 2. | Checking, savings or other financial accounts, CD's or shares in banks... | $449.91 | $0.00 | $459.91 | $0.00 | $459.91 |
| 3. | Security deposits with public utilities, telephone companies, landlords, others. | $100.00 | $0.00 | $100.00 | $100.00 | $0.00 |
| 4. | Household goods and furnishings, including audio, video... | $5,575.00 | $0.00 | $5,575.00 | $5,575.00 | $0.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, records.... | $2,050.00 | $0.00 | $2,050.00 | $2,050.00 | $0.00 |
| 6. | Wearing apparel. | $500.00 | $0.00 | $500.00 | $500.00 | $0.00 |
| 7. | Furs and jewelry. | $2,800.00 | $0.00 | $2,800.00 | $2,800.00 | $0.00 |
| 8. | Firearms and sports, photographic and other hobby equipment. | $600.00 | $0.00 | $600.00 | $600.00 | $0.00 |
| 9. | Interests in insurance policies. | $400.00 | $0.00 | $400.00 | $400.00 | $0.00 |
| 10. | Annuities. | $335.00 | $0.00 | $335.00 | $335.00 | $0.00 |
| 11. | Education IRAs. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12. | Interests in IRA, ERISA, Keogh... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13. | Stock and interests in incorporated... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14. | Interests in partnerships.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15. | Government and corporate bonds... | $9,912.50 | $0.00 | $9,912.50 | $0.00 | $9,912.50 |
| 16. | Accounts receivable. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17. | Alimony, maintenance, support, and property settlement to which the..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18. | Other liquidated debts owed debtor... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19. | Equitable or future interests, life estates, and rights or powers..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20. | Contingent and noncontingent interests in estate of decedent, death benefit.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21. | Other contingent and unliquidated claims of every nature..... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE: **Eric Block**
       **Pegi Block**

CASE NO  **14-80403**

CHAPTER  **13**

*(REDACTED)*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 1*

### Exemption Totals by Category:
(Values and liens of surrendered property are NOT included in this section)

Scheme Selected: **State**

| No. | Category | Gross Property Value | Total Encumbrances | Total Equity | Total Amount Exempt | Total Amount Non-Exempt |
|-----|----------|---------------------|--------------------|--------------|--------------------|------------------------|
| 22. | Patents, copyrights, and other intellectual property. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23. | Licenses, franchises, and other.... | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24. | Customer Lists. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25. | Automobiles, trucks, trailers, vehicles... | $31,000.00 | $17,190.58 | $13,809.42 | $13,809.42 | $0.00 |
| 26. | Boats, motors and accessories. | $11,200.00 | $10,828.27 | $1,200.00 | $0.00 | $1,200.00 |
| 27. | Aircraft and accessories. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28. | Office equipment, furnishings... | $900.00 | $0.00 | $900.00 | $900.00 | $0.00 |
| 29. | Machinery, fixtures used in business. | $300.00 | $0.00 | $300.00 | $300.00 | $0.00 |
| 30. | Inventory. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31. | Animals. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32. | Crops - growing or harvested. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 33. | Farming equipment and implements. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34. | Farm supplies, chemicals, and feed. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35. | Other personal property of any kind. | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTALS:** | **$556,222.41** | **$419,330.16** | **$137,730.52** | **$126,058.11** | **$11,672.41** |

### Surrendered Property:
The following property is to be surrendered by the debtor.  Although this property is NOT exempt, it is NOT considered "non-exempt" for purposes of this analysis.  The below listed items are to be returned to the lienholder.

| Property Description | Market Value | Lien | Equity |
|----------------------|-------------|------|--------|
| **Real Property** | | | |
| (None) | | | |
| **Personal Property** | | | |
| (None) | | | |
| **TOTALS:** | $0.00 | $0.00 | $0.00 |

### Non-Exempt Property by Item:
The following property, or a portion thereof, is non-exempt.

| Property Description | Market Value | Lien | Equity | Non-Exempt Amount |
|----------------------|-------------|------|--------|-------------------|
| **Real Property** | | | | |
| (None) | | | | |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

IN RE:  **Eric Block**
**Pegi Block**

CASE NO   **14-80403**

CHAPTER   **13**

*(REDACTED)*
## SCHEDULE C-1 (SUPPLEMENTAL EXEMPTION ANALYSIS)
*Continuation Sheet # 2*

**Personal Property**

| | | | | |
|---|---|---|---|---|
| Cash on Hand | $100.00 | $0.00 | $100.00 | $100.00 |
| Wells Fargo Bank, NA (Checking xxxxxx9034) | $2.44 | $0.00 | $2.44 | $2.44 |
| Wells Fargo Bank, NA (Checking xxxxxx9042) | $0.23 | $0.00 | $0.23 | $0.23 |
| Wells Fargo Bank, NA (Savings/Money Market xxxxxx8924) | $0.53 | $0.00 | $0.53 | $0.53 |
| Wells Fargo Bank, NA (Savings/Money Market xxxxxx4822) | $0.68 | $0.00 | $0.68 | $0.68 |
| Wells Fargo Bank, NA (Savings/Money Market xxxxxx7095) | $65.03 | $0.00 | $65.03 | $65.03 |
| Amegy (Checking xxxxxx3928) | $291.00 | $0.00 | $291.00 | $291.00 |
| Amegy (Savings/Money Market xxxxxxx5701) | $100.00 | $0.00 | $100.00 | $100.00 |
| 50 % Interest in Block & Elmore PLLC | $9,912.50 | $0.00 | $9,912.50 | $9,912.50 |
| 2000 Mastercraft Trailer | $1,200.00 | $0.00 | $1,200.00 | $1,200.00 |
| **TOTALS:** | **$11,672.41** | **$0.00** | **$11,672.41** | **$11,672.41** |

| Summary | |
|---|---|
| A. Gross Property Value (not including surrendered property) | **$556,222.41** |
| B. Gross Property Value of Surrendered Property | **$0.00** |
| C. Total Gross Property Value (A+B) | **$556,222.41** |
| D. Gross Amount of Encumbrances (not including surrendered property) | **$419,330.16** |
| E. Gross Amount of Encumbrances on Surrendered Property | **$0.00** |
| F. Total Gross Encumbrances (D+E) | **$419,330.16** |
| G. Total Equity (not including surrendered property)  /  (A-D) | **$137,730.52** |
| H. Total Equity in surrendered items  (B-E) | **$0.00** |
| I.  Total Equity  (C-F) | **$137,730.52** |
| J. Total Exemptions Claimed | **$126,058.11** |
| K. Total Non-Exempt Property Remaining  (G-J) | **$11,672.41** |

*Copyright 1996-2014, LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300 -- All rights reserved.*

B6D (Official Form 6D) (12/07)

In re **Eric Block**                                        Case No. **14-80403**
    **Pegi Block**                                                    (if known)

*(REDACTED)*
## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: **x5707**<br><br>**AAA Funding , Inc**<br>**24200 Southwest Freeway Ste 404, #251**<br>**Rosenberg, TX 77471** | | - | DATE INCURRED: **8/19/2014**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2003 Infiniti G35 Coupe**<br>REMARKS:<br><br>VALUE: **$4,000.00** | | | | **$3,500.00** | |
| ACCT #: **xxxxxx9099**<br><br>**BMW Bank of NA**<br>**PO Box 78066**<br>**Phoenix, AZ 85062** | | - | DATE INCURRED: **3/15/2011**<br>NATURE OF LIEN:<br>**Car Loan**<br>COLLATERAL:<br>**2011 BMW 528i 528i**<br>REMARKS:<br><br>VALUE: **$27,000.00** | | | | **$13,690.58** | |
| ACCT #: **xxxxxx5201**<br><br>**Ocwen**<br>**2711 Centerville Road, Suite 400**<br>**Willmington, DE 19808** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**315 Harborside Circle**<br>REMARKS:<br><br>VALUE: **$490,000.00** | | | | **$52,890.00** | |
| ACCT #: **xxxxxx5201**<br><br>**Ocwen**<br>**2711 Centerville Road, Suite 400**<br>**Willmington, DE 19808** | C | | DATE INCURRED: **Various**<br>NATURE OF LIEN:<br>**Mortgage arrears**<br>COLLATERAL:<br>**315 Harborside Circle**<br>REMARKS:<br><br>VALUE: **$490,000.00** | | | | **$1,700.00** | |
| | | | Subtotal (Total of this Page) > | | | | **$71,780.58** | **$0.00** |
| | | | Total (Use only on last page) > | | | | | |

_____**1**_____continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07) - Cont.

In re **Eric Block**   Case No. **14-80403**

**Pegi Block**   (if known)

*(REDACTED)*

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCT #: xxxxxxxxxx0001<br><br>**Wells Fargo Bank, NA**<br>**PO Box 95225**<br>**Albuquerque, NM 87199** | | J | DATE INCURRED:<br>NATURE OF LIEN:<br>**other**<br>COLLATERAL:<br>**2006 MB Sport 24V**<br>REMARKS:<br><br>VALUE:           **$10,000.00** | | | | $10,828.27 | $828.27 |
| ACCT #: xxxxxx6974<br><br>**Wells Fargo Mortgage**<br>**PO Box 10335**<br>**Des Moines, IA 50306** | | - | DATE INCURRED:  **04/29/2014**<br>NATURE OF LIEN:<br>**Mortgage**<br>COLLATERAL:<br>**315 Harborside Circle**<br>REMARKS:<br>**Taxes Included in Payment (per year):**<br>**$11,205.67**<br>**Insurance Included in Payment (per**<br>**year): $4,693.71**<br>VALUE:           **$490,000.00** | | | | $336,721.31 | |
| | | | | | | | | |
| | | | | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached
to Schedule of Creditors Holding Secured Claims

| | |
|---|---|
| Subtotal (Total of this Page) > | $347,549.58 |
| Total (Use only on last page) > | $419,330.16 |

| | | |
|---|---|---|
| Subtotal (Total of this Page) > | $347,549.58 | $828.27 |
| Total (Use only on last page) > | $419,330.16 | $828.27 |

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (04/13)

In re **Eric Block**                                    Case No. ___**14-80403**___
     **Pegi Block**                                                   (If Known)

*(REDACTED)*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

*\* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____**1**_____continuation sheets attached

B6E (Official Form 6E) (04/13) - Cont.

In re  **Eric Block**                                    Case No.  **14-80403** _____
       **Pegi Block**                                                      (If Known)

*(REDACTED)*
## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: <br>**Internal Revenue Service** <br>**1919 Smith Street** <br>**STOP 5022 HOU** <br>**Houston, TX 77002** <br>**Special Procedures Branch** | | - | DATE INCURRED: **2012/2013** <br>CONSIDERATION: <br>**1040 Taxes** <br>REMARKS: | | | | $40,000.00 | $40,000.00 | $0.00 |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | | | | Subtotals (Totals of this page) > | $40,000.00 | $40,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

Total >  $40,000.00
**(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)**

Totals >       $40,000.00     $0.00
**(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07)

In re **Eric Block**                                    Case No. **14-80403**
**Pegi Block**                                              (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx197-0**<br>**Ace Credit Access LLC**<br>**1231Greenway Drive Suite 600**<br>**Irving, TX 75038** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $1,725.00 |
| **Representing:**<br>**Ace Credit Access LLC** | | | **SGS Finance, Inc.**<br>**690 E. Lamar Blvd., Suite 575**<br>**Arlington, TX 76011** | | | | **Notice Only** |
| ACCT #:  **xxx5899**<br>**Advance America**<br>**5635 Telephone Rd Suite M**<br>**Houston, TX 77087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $738.00 |
| **Representing:**<br>**Advance America** | | | **ACSO of Texas, LP**<br>**113-A 1st Street West**<br>**Humble, TX 77338** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx4005**<br>**American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $39,548.18 |
| ACCT #:  **xxxxxxxxxxxx3544**<br>**ANN Taylor**<br>**PO Box 659705**<br>**San Antiono, TX 78265** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $1,686.38 |
| | | | | | | Subtotal > | $43,697.56 |

_____**10**_____ continuation sheets attached

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Eric Block**    Case No. **14-80403**
**Pegi Block**    (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Representing:** **ANN Taylor** | | | **Comenity Bank** po box 182782 **Columbus, OH 43218** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx3173** **Bank of America** **PO Box 15028** **Wilmington, DE 19850** | | J | DATE INCURRED: CONSIDERATION: **credit card** REMARKS: | | | | **$2,271.00** |
| **Representing:** **Bank of America** | | | **FIA Card Services, NA** **PO Box 15028** **Wilmington, DE 19850** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx9100** **Bill Me later** **9690 Deerco Road, Suite 110** **Timonium, MD 21093** | | J | DATE INCURRED: CONSIDERATION: **credit card** REMARKS: | | | | **$500.00** |
| **Representing:** **Bill Me later** | | | **Legal Dept** **9690 Deerco Road, Suite 110** **Timonium, MD 21093** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxx8626** **Capital One** **PO Box 30285** **Salt Lake City, UT 84130** | | J | DATE INCURRED: CONSIDERATION: **credit card** REMARKS: | | | | **$1,100.00** |

Sheet no. ___1___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$3,871.00**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re **Eric Block**                                    Case No. **14-80403**
        **Pegi Block**                                                    (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  xxxxxxxxxxxx6320<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $1,939.01 |
| ACCT #:  xxxxxxxxxxx0046<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $2,323.63 |
| ACCT #:  xxxxxxxxxxxx8871<br>**Capital One**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:  xxxx xlock<br>**Cash Central**<br>**PO Box 6430**<br>**North Logan, UT 84341** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $1,200.00 |
| ACCT #:  xxxx xlock<br>**CashnetUSA/CNU of Texas**<br>**200 West Jackson Blvd, Suite 2400**<br>**Chicago, IL 60606** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $800.00 |
| **Representing:**<br>**CashnetUSA/CNU of Texas** | | | **Capitol Corporate Services, Inc.**<br>**800 Brazos, Suite 400**<br>**Austin, TX 78701** | | | | **Notice Only** |

Sheet no. ____**2**____ of ____**10**____ continuation sheets attached to      Subtotal >      $7,462.64
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eric Block**                      Case No.    **14-80403**
            **Pegi Block**                                   (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxxxxxxxxx6230** <br> **Chase Bank** <br> **PO Box 94014** <br> **Palatine, IL 600094** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **credit card** <br> REMARKS: | | | | **$2,613.00** |
| **Representing:** <br> **Chase Bank** | | | **Chase Bank** <br> **PO Box 15123** <br> **Wilmington, DE 19850** | | | | **Notice Only** |
| ACCT #: **xxxxxxxxxxxx6637** <br> **Chase Bank** <br> **PO Box 94014** <br> **Palatine, IL 600094** | | J | DATE INCURRED: <br> CONSIDERATION: <br> **credit card** <br> REMARKS: | | | | **$2,454.61** |
| **Representing:** <br> **Chase Bank** | | | **Chase Bank** <br> **PO Box 15123** <br> **Wilmington, DE 19850** | | | | **Notice Only** |
| ACCT #: **xxxx4470** <br> **Check n go** <br> **803-805 W. Main Street** <br> **League City, TX 77573** | | - | DATE INCURRED: <br> CONSIDERATION: <br> **payday loan** <br> REMARKS: | | | | **$1,200.00** |
| **Representing:** <br> **Check n go** | | | **NCP Finance LTM Partnership** <br> **205 Sugar Camp Circle Dept CNG** <br> **Dayton, OH 45409** | | | | **Notice Only** |

Sheet no. ___3___ of ___10___ continuation sheets attached to           Subtotal >      **$6,267.61**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                          Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eric Block**                                    Case No.  **14-80403**
       **Pegi Block**                                                    (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xxxx xxxx 5321**<br>**Chevron**<br>**485 Lake Mirror Road**<br>**Atlanta, GA 30349** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $2,454.63 |
| ACCT #:  **xxxxxxxxxxx3274**<br>**Conoco**<br>**PO Box 6402**<br>**Souix Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $600.00 |
| ACCT #:  **xxxx xlock**<br>**Courtesy Credit Company**<br>**7006 Woodridge**<br>**Houston, TX 77087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $300.00 |
| ACCT #:  **xxxxxxxxxxx4251**<br>**Dillards**<br>**PO Box 960012**<br>**Orlando, FL 32896** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $3,610.69 |
| ACCT #:  **xxxxxxxxxxxx8232**<br>**Discover**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $11,000.00 |
| ACCT #:  **xxxxxxxxxxxx9842**<br>**Exxon Mobil**<br>**PO Box 6404**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | $2,042.00 |

Sheet no.  __4__  of  __10__  continuation sheets attached to                    **Subtotal >**          $20,007.32
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Eric Block**                                      Case No.    **14-80403**
         **Pegi Block**                                                    (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx8489**<br>**EZ Money Loan Services**<br>**209 E NASA Rd 1**<br>**Webster, TX 77598** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$1,000.00** |
| **Representing:**<br>**EZ Money Loan Services** | | | **NCP Finance LTM Partnership**<br>**205 Sugar Camp Circle Dept EZ**<br>**Dayton, OH 45409** | | | | **Notice Only** |
| ACCT #:  **xxxxx5305**<br>**First Cash Advance**<br>**4010 Broadway**<br>**Houston, TX 77087** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$1,200.00** |
| ACCT #:  **xxxx x. xlock**<br>**First Choice Emergency Room**<br>**3033 Marina Bay Driv**<br>**League City, TX 77573** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**medical bill**<br>REMARKS: | | | | **$900.00** |
| ACCT #:  **xxxx xlock**<br>**Houston Finance**<br>**405 MAIN B-101**<br>**Houston, TX 77002** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$500.00** |
| ACCT #:  **xxxx xlock**<br>**IQ Boat repair**<br>**1002 Sandpiper Dr**<br>**Seabrook, TX 77586** | | J | DATE INCURRED:<br>CONSIDERATION:<br>REMARKS: | | | | **$1,000.00** |

Sheet no. ___**5**___ of ___**10**___ continuation sheets attached to                    Subtotal >          **$4,600.00**
Schedule of Creditors Holding Unsecured Nonpriority Claims

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eric Block**　　　　　　　　　　　　　　　　Case No.　**14-80403**
　　　　**Pegi Block**　　　　　　　　　　　　　　　　　　　　　　(if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:　**xxxxxxxx3692**<br>**Macy's**<br>**PO Box 689195**<br>**Des Moines, IA 50368** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,542.30** |
| **Representing:**<br>**Macy's** | | | **Department Store National Bank**<br>**PO Box 689195**<br>**Des Moines, IA 50368** | | | | **Notice Only** |
| ACCT #:　**'xxxxxxxx2671**<br>**Macys**<br>**PO Box 689195**<br>**Des Moines, IA 50368** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,500.00** |
| **Representing:**<br>**Macys** | | | **Department Store National Bank**<br>**PO Box 689195**<br>**Des Moines,  50368** | | | | **Notice Only** |
| ACCT #:　**xxxxxxxx25-00**<br>**MoneyKey-Tx, Inc**<br>**3422 Old Capital Trail Suite 1613**<br>**Wilmington, DE 19808** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$1,000.00** |
| **Representing:**<br>**MoneyKey-Tx, Inc** | | | **CT Corporation System**<br>**350 N St Paul Street, Suite 2900**<br>**Dallas, TX 75201** | | | | **Notice Only** |

Sheet no. ____**6**____ of ____**10**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >　**$6,042.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eric Block**  Case No.  **14-80403**
 **Pegi Block**  (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xlock**<br>**NCP Texas**<br>**205 Sugar Camp Circle, Dept ENOV**<br>**Dayton, OH 45409** | | H | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$800.00** |
| ACCT #:  **xxxxxx8351**<br>**NelNet/Dept of Education**<br>**PO Box740283**<br>**Atlanta, GA 30374** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**student loan**<br>REMARKS: | | | | **$78,953.43** |
| ACCT #:  **xxxxxxxx-xxx7125**<br>**One Main Financial**<br>**po box 6042**<br>**sioux falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**other**<br>REMARKS: | | | | **$9,507.00** |
| ACCT #:  **xxxxxxxx4235**<br>**Paypal Credit**<br>**PO Box 960080**<br>**Orlando, FL 32896** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,909.00** |
| **Representing:**<br>**Paypal Credit** | | | **Synchrony Bank**<br>**P.O. Box 965003**<br>**Orlando, FL 32896** | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx8916**<br>**Sears**<br>**PO Box 6283**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,533.29** |

Sheet no. ___7___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$94,702.72**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Eric Block**                                                 Case No.   **14-80403**
       **Pegi Block**                                                            (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxx3254**<br>**Sears**<br>**PO Box 6283**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$250.00** |
| ACCT #:  **xxxxxxxxxxxx2597**<br>**Sears**<br>**PO Box 6283**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$1,187.16** |
| ACCT #:  **xxxxx9512**<br>**Shell**<br>**PO Box 6406**<br>**Sioux Falls, SD 57117** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$1,226.88** |
| ACCT #:  **xxxxxx1603**<br>**Shell**<br>**PO Box 6406**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$2,600.00** |
| ACCT #:  **xxxx7698**<br>**Speedy Cash**<br>**1221 Main Street**<br>**Pasadena Tx, TX 77506** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$3,000.00** |
| **Representing:**<br>**Speedy Cash** | | | **Bastion Funding TX I, LLC**<br>**70 Pine St**<br>**New Canaan, CT 06840** | | | | **Notice Only** |

Sheet no. ___8___ of ___10___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$8,264.04**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Eric Block**                                    Case No.  **14-80403**
      **Pegi Block**                                                 (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx xlock**<br>**Sun Loan Company**<br>**689 FM 517 West, Suite 100**<br>**Dickenson, TX 77539** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$1,200.00** |
| ACCT #:  **xxxx-xxx0977**<br>**The Cash Store**<br>**1006 Bay Area Blvd**<br>**Houston, TX 77058** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:  **xxxxxxxxxxxx3887**<br>**Wells Fargo Bank**<br>**PO Box 30086**<br>**Los Angeles, CA 90030** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$8,201.60** |
| ACCT #:  **xxxxxxxxxxxx4182**<br>**Wells Fargo Bank, Na**<br>**PO Box 30086**<br>**Los Angeles, CA 90030** | | W | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$3,000.00** |
| ACCT #:  **xxxx xxxx xxxx 0403**<br>**Wells Fargo Financial**<br>**PO Box 5943**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$8,200.00** |
| ACCT #:  **xxxx xxxx xxxx 8348**<br>**Wells Fargo Financial**<br>**PO Box 5943**<br>**Sioux Falls, SD 57117** | | J | DATE INCURRED:<br>CONSIDERATION:<br>**credit card**<br>REMARKS: | | | | **$5,666.82** |

Sheet no. **9** of **10** continuation sheets attached to          Subtotal >    **$29,268.42**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Total >
    **(Use only on last page of the completed Schedule F.)**
    **(Report also on Summary of Schedules and, if applicable, on the**
    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Eric Block**                                   Case No.   **14-80403**

      **Pegi Block**                                               (if known)

*(REDACTED)*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xx-xxxx9631**<br>**Zest Cash<br>PO Box 2659<br>Palintine, IL 60078** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**payday loan**<br>REMARKS: | | | | $800.00 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no.   **10**   of   **10**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal > | $800.00 |
| Total > | $224,983.61 |

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6G (Official Form 6G) (12/07)

In re **Eric Block**                                              Case No.   **14-80403**
     **Pegi Block**                                                              (if known)

**(REDACTED)**
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **AT&T**<br>1333 West Bay Area Blvd<br>Webster, TX 77598 | Residential Lease<br>Contract to be ASSUMED |
| **Centerpoint Energy**<br>PO Box 4981<br>Houston, TX 77210 | Residential Lease<br>Contract to be ASSUMED |
| **Comcast**<br>2865 Gulf Fwy S<br>League City, TX 77573 | Residential Lease<br>Contract to be ASSUMED |
| **Discount Power**<br>1800 St. James Place, Ste 211<br>Houston, TX 77056 | Residential Lease<br>Contract to be ASSUMED |
| **Utility Bill/Water**<br>300 W. Walker<br>League City, TX 77573 | Residential Lease<br>Contract to be ASSUMED |

B6G (Official Form 6G) (12/07)

In re  **Eric Block**                                                    Case No.  __14-80403_____
       **Pegi Block**                                                                        (if known)

*(REDACTED)*
# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
*Continuation Sheet No. 1*

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Verizon**<br>19222 Gulf Fwy<br>Friendswood, TX 77546 | Residential Lease<br>Contract to be ASSUMED |
| **Zinn Storage**<br>1132 Lawerence Rd<br>Kemah, TX 77565 | Residential Lease<br>Date Scheduled to End: 11/1/2014<br>Contract to be REJECTED |

B6H (Official Form 6H) (12/07)

In re **Eric Block**                                                    Case No.   **14-80403**
    **Pegi Block**                                                                                          (if known)

*(REDACTED)*
# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eric** | | **Block** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Pegi** | | **Block** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | | |
| Case number | **14-80403** | | |
| (if known) | | | |

Check if this is:

☑ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income                                           12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| **Part 1:** | **Describe Employment** |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| **Occupation** | **Dir. Arch and Tech Svc** | **Attorney** |
| **Employer's name** | **University of Houston** | **Block & Elmore, PLLC** |
| **Employer's address** | **4800 Calhoun**<br>Number  Street | **Two Allen Center**<br>Number  Street<br>**1200 Smith Street, 16th Floor** |
| | **Houston**  **TX**  **77204**<br>City        State  Zip Code | **Houston**  **TX**  **77002**<br>City        State  Zip Code |
| **How long employed there?** | **10 years** | |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$9,324.95** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$9,324.95** | **$0.00** |

Debtor 1  **Eric**                          **Block**                    Case number (if known)  **14-80403**
         First Name      Middle Name       Last Name

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................ ➔ | 4. | **$9,324.95** | **$0.00** |
| **5. List all payroll deductions:** | | | |
| 5a. Tax, Medicare, and Social Security deductions | 5a. | **$1,885.90** | **$0.00** |
| 5b. Mandatory contributions for retirement plans | 5b. | **$623.10** | **$0.00** |
| 5c. Voluntary contributions for retirement plans | 5c. | **$0.00** | **$0.00** |
| 5d. Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| 5e. Insurance | 5e. | **$420.26** | **$0.00** |
| 5f. Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| 5g. Union dues | 5g. | **$0.00** | **$0.00** |
| 5h. Other deductions. Specify: **Parking** | 5h.+ | **$83.51** | **$0.00** |
| **6. Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. | 6. | **$3,012.77** | **$0.00** |
| **7. Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | **$6,312.18** | **$0.00** |
| **8. List all other income regularly received:** | | | |
| 8a. Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | | |
| 8b. Interest and dividends | 8b. | **$0.00** | **$0.00** |
| 8c. Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | | |
| 8d. Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| 8e. Social Security | 8e. | **$0.00** | **$0.00** |
| 8f. Other government assistance that you regularly receive | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | **$0.00** | **$0.00** |
| 8g. Pension or retirement income | 8g. | **$334.00** | **$0.00** |
| 8h. Other monthly income. Specify: **Profit Draws:50% ownership Block&Elmore** | 8h.+ | **$0.00** | **$3,883.33** |
| **9. Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | **$334.00** | **$3,883.33** |
| **10. Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | **$6,646.18** + | **$3,883.33** = **$10,529.51** |

**11. State all other regular contributions to the expenses that you list in Schedule J.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____  11. + **$0.00**

**12. Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies.

12. **$10,529.51**
**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☑ No.    None.

☐ Yes. Explain:

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | **Eric** | **Block** |
| | First Name   Middle Name | Last Name |
| Debtor 2 | **Pegi** | **Block** |
| (Spouse, if filing) | First Name   Middle Name | Last Name |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** | |
| Case number (if known) | **14-80403** | |

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J

## Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Your Household**

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**
   ☑ No
   ☐ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**    ☑ No
   Do not list Debtor 1 and    ☐ Yes. Fill out this information
   Debtor 2.                    for each dependent..................

   Do not state the
   dependents' names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |
   | _____ | _____ | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☑ No
                                                                                                 ☐ Yes

**Part 2:    Estimate Your Ongoing Monthly Expenses**

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form B 6I).

**Your expenses**

| | | |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | **$3,486.23** |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | **$50.00** |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | **$400.00** |
| 4d.  Homeowner's association or condominium dues | 4d. | |

Debtor 1  __Eric__ _____  _____  __Block__ _____  Case number (if known)  __14-80403__

First Name                Middle Name              Last Name

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$325.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | **$100.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$125.00** |
| | 6d.  Other.  Specify: _____ | 6d. | **$0.00** |
| 7. | **Food and housekeeping supplies** | 7. | **$600.00** |
| 8. | **Childcare and children's education costs** | 8. | |
| 9. | **Clothing, laundry, and dry cleaning**     (See continuation sheet(s) for details) | 9. | **$200.00** |
| 10. | **Personal care products and services** | 10. | |
| 11. | **Medical and dental expenses** | 11. | **$400.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$600.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$200.00** |
| 14. | **Charitable contributions and religious donations** | 14. | **$50.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | **$440.00** |
| | 15b.  Health insurance | 15b. | |
| | 15c.  Vehicle insurance | 15c. | **$320.00** |
| | 15d.  Other insurance.  Specify: _____ | 15d. | |
| 16. | **Taxes.**     Do not include taxes deducted from your pay or included in lines 4 or 20. Specify:  __Self-Employment Taxes__ | 16. | **$650.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | |
| | 17b.  Car payments for Vehicle 2 | 17b. | |
| | 17c.  Other.  Specify: _____ | 17c. | |
| | 17d.  Other.  Specify: _____ | 17d. | |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form B 6I).** | 18. | |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| | 20a.  Mortgages on other property | 20a. | |
| | 20b.  Real estate taxes | 20b. | |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. | |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. | |
| | 20e.  Homeowner's association or condominium dues | 20e. | |

Debtor 1  __Eric__                                    __Block__                         Case number (if known)   __14-80403__

        First Name          Middle Name       Last Name

**21. Other.** Specify: _____   21. **+** _____

**22. Your monthly expenses.**  Add lines 4 through 21.
    The result is your monthly expenses.                       22.    **$7,946.23**

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.   23a.    **$10,529.51**

    23b.  Copy your monthly expenses from line 22 above.         23b. **−**    **$7,946.23**

    23c.  Subtract your monthly expenses from your monthly income.
           The result is your monthly net income.               23c.    **$2,583.28**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
    payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes. | Explain here:
              **None.**

| Debtor 1 | __Eric__ | | __Block__ | Case number (if known) | __14-80403__ |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**9.**   **Clothing, laundry, and dry cleaning (details):**

| | |
|---|---|
| **Clothing** | **$100.00** |
| **Laundry/Dry Cleaning** | **$100.00** |

| | |
|---|---|
| **Total:** | **$200.00** |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Eric Block**                                                                    Case No.   **14-80403**
         **Pegi Block**                                                                                              (if known)

*(REDACTED)*
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**39**_____
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **10/24/2014**                                              Signature  **/s/ Eric Block**
                                                                                                **Eric Block**

Date **10/24/2014**                                              Signature  **/s/ Pegi Block**
                                                                                                **Pegi Block**
                                                                                    [If joint case, both spouses must sign.]

_____

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re:  **Eric Block**
        **Pegi Block**

Case No.  **14-80403**
                                                    (if known)

*(REDACTED)*
# STATEMENT OF FINANCIAL AFFAIRS

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced.  State also the gross amounts received during the TWO YEARS immediately preceding this calendar year.  (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income.  Identify the beginning and ending dates of the debtor's fiscal year.)  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $64,579.17 | 2014 YTD employee income |
| $110,159.49 | 2013 employee income |
| $110,159.49 | 2012 employee income |
| $35,000.00 | 2014 YTD business income |
| $75,000.00 | 2013 business income |
| $75,000.00 | 2012 business income |

---

### 2. Income other than from employment or operation of business

None ☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the TWO YEARS immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $668.00 | 2014 YTD other income |
| $0.00 | 2013 other income |
| $0.00 | 2012 other income |

---

### 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None ☐

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 DAYS immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| John Smith, Atty<br>907 S. Friendswood Dr. #204<br>Friendswood, TX 77546 | 10/1/2014 | $4,500.00 | $0.00 |
| Wells fargo Home<br>PO Box 10335<br>Des Moines, IA 50306 | 9/2/2014 | $3,486.23 | $334,000.00 |

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re:  **Eric Block**
**Pegi Block**

Case No.  __14-80403__
(if known)

### *(REDACTED)*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Laws and Sprinklers**<br>**835 Pinewood Lane**<br>**Seabrook, TX 77586** | **9/30/2014** | **$678.29** | **$0.00** |
| **BMW Bank**<br>**PO Box 78066**<br>**Phoenix, AZ 85062** | **10/1/2014** | **$635.18** | **$14,000.00** |
| **Wells Fargo Bank**<br>**PO Box 95225**<br>**Albuquerque, NM 87199** | **9/5/2014** | **$994.26** | **$10,000.00** |
| **EZ Money**<br>**209 E NASA Rd 1**<br>**Webster, TX 77598** | **8/29/2014** | **$696.72** | **$2,400.00** |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **8/20/2014** | **$750.00** | **$40,000.00** |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998** | **8/19/2014** | **$2,500.00** | **$41,000.00** |
| **HFCU**<br>**16320 Kensington Drive**<br>**Sugarland, TX 77479** | **8/18/2014** | **$1,379.50** | **$0.00** |
| **Ocwen**<br>**PO Box 24646**<br>**West Palm Beach, FL 33416** | **8/13/2014** | **$902.84** | **$50,000.00** |
| **American Express**<br>**PO Box 981535**<br>**El Paso, TN 79998** | **7/17/2014** | **$1,000.00** | **$42,000.00** |

None
☑

b. **Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within 90 DAYS immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

  * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None
☑

c. **All debtors:** List all payments made within ONE YEAR immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re:  **Eric Block**                                                      Case No.  **14-80403**
        **Pegi Block**                                                                          (if known)

**(REDACTED)**
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

#### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within ONE YEAR immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Pegi Block vs. Boston Scientific Corporation MDL No. 2326; Docket No. 14-CV-16343** | **Boston Scientific Corp.; Pelvic Repair system Products Liability Litigation** | **States District Court; Southern District of West Virginia** | **Filed** |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 5. Repossessions, foreclosures and returns

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 6. Assignments and receiverships

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 DAYS immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within ONE YEAR immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

#### 7. Gifts

None ☐

List all gifts or charitable contributions made within ONE YEAR immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Goodwill Industries 2700 Marina Bay Dr League City, TX 77573** | **None** | **9/15/2014** | **Non Cash -- Good Multiple Times** |

---

#### 8. Losses

None ☑

List all losses from fire, theft, other casualty or gambling within ONE YEAR immediately preceding the commencement of this case OR SINCE THE COMMENCEMENT OF THIS CASE. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re:   **Eric Block**                                      Case No.   **14-80403**
         **Pegi Block**                                                 (if known)

*(REDACTED)*
**STATEMENT OF FINANCIAL AFFAIRS**
*Continuation Sheet No. 3*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within ONE YEAR immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **John E Smith & Associates** **907 S. Friendswood Drive** **Suite 204** **Friendswood, TX 77546** | **9/12/2014** | **$4,500.00** |
| **Abacus Credit Counseling** | **10/24/2014** | |

---

**10. Other transfers**

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within TWO YEARS immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑

b. List all property transferred by the debtor within TEN YEARS immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within ONE YEAR immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells fargo Bank** **2951 Marina Bay Dr** **League city, TX 77573** | **checking** **xxxxxx9042** **$0.42** | **9/30/2014** |

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within ONE YEAR immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re:   **Eric Block**                                                                   Case No.   **14-80403**
         **Pegi Block**                                                                                              (if known)

*(REDACTED)*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

None ☐

**13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 DAYS preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|
| Wells Fargo Bank<br>PO Box 95225<br>Albuquerque, NM 87199 | | $994.26 |

---

None ☑

**14. Property held for another person**

List all property owned by another person that the debtor holds or controls.

---

None ☐

**15. Prior address of debtor**

If the debtor has moved within THREE YEARS immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 315 Harborside Cir<br>Kemah, TX 77565 | Eric M Block | |
| 2951 Marina Bay Dr Ste 130-374<br>League City, TX 77573 | Eric M Block | |
| 315 Harborside Cir<br>Kemah, TX 77565 | Pegi S Block | |
| 2951 Marina Bay Dr Ste 130-374<br>League City, TX 77573 | Pegi S. Block | |

---

None ☑

**16. Spouses and Former Spouses**

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within EIGHT YEARS immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

B7 (Official Form 7) (04/13)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re:   **Eric Block**                                                          Case No.   **14-80403**
      **Pegi Block**                                                                                 (if known)

*(REDACTED)*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑  a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑  b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑  c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

None ☐  ## 18. Nature, location and name of business

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within SIX YEARS immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within SIX YEARS immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within SIX YEARS immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Block & Elmore, PLLC** | **Law Office** | |

---

None ☑  b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### GALVESTON DIVISION

In re:  **Eric Block**                                    Case No.  **14-80403**
      **Pegi Block**                                                          (if known)

### *(REDACTED)*
## STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within SIX YEARS immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement ONLY if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None ☐
a.  List all bookkeepers and accountants who within TWO YEARS immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**
**Phil Elmore - Block & Elmore, PLLC**

---

None ☐
b.  List all firms or individuals who within TWO YEARS immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

**NAME AND ADDRESS**                          **DATES SERVICES RENDERED**
**Phil Elmore - Block & Elmore, PLLC**

---

None ☐
c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                      **ADDRESS**
**Phil Elmore - Block & Elmore, PLLC**

---

None ☐
d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within TWO YEARS immediately preceding the commencement of this case.

**NAME AND ADDRESS**                          **DATE ISSUED**
**Wells Fargo Bank, NA**

---

### 20. Inventories

None ☑
a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑
b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

### 21. Current Partners, Officers, Directors and Shareholders

None ☐
a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

**NAME AND ADDRESS**              **NATURE OF INTEREST**          **PERCENTAGE OF INTEREST**
**Pegi S. Block -- Block& Elmore PLLC,  50%**

---

None ☑
b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

B7 (Official Form 7) (04/13)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

In re:   **Eric Block**                                                  Case No.   **14-80403**
         **Pegi Block**                                                              (if known)

### (REDACTED)
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

---

**22. Former partners, officers, directors and shareholders**

None ☑   a.  If the debtor is a partnership, list each member who withdrew from the partnership within ONE YEAR immediately preceding the commencement of this case.

---

None ☑   b.  If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within ONE YEAR immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during ONE YEAR immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑   If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within SIX YEARS immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑   If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within SIX YEARS immediately preceding the commencement of the case.

B7 (Official Form 7) (04/13)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

In re:   **Eric Block**                                     Case No.   **14-80403**
         **Pegi Block**                                                        (if known)

*(REDACTED)*
# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 8*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **10/24/2014**                              Signature     **/s/ Eric Block**
                                               of Debtor     *Eric Block*

Date **10/24/2014**                              Signature     **/s/ Pegi Block**
                                               of Joint Debtor  *Pegi Block*
                                               (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

**B 22C (Official Form 22C) (Chapter 13) (04/13)**

In re: **Eric Block**
       **Pegi Block**

Case Number:  **14-80403**

| According to the calculations required by this statement: |
|---|
| ☐  **The applicable commitment period is 3 years.** |
| ☑  **The applicable commitment period is 5 years.** |
| ☑  **Disposable income is determined under § 1325(b)(3).** |
| ☐  **Disposable income is not determined under § 1325(b)(3).** |
| (Check the boxes as directed in Lines 17 and 23 of this statement.) |

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME
### (REDACTED)

In addition to Schedules I and J, this statement must be completed by every individual chapter 13 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
|---|---|---|
| **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. | | |
| a. ☐  Unmarried.  **Complete only Column A ("Debtor's Income") for Lines 2-10.** | | |
| b. ☑  Married.  **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | |

| | | Column A | Column B |
|---|---|---|---|
| 1 | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Debtor's Income** | **Spouse's Income** |
| 2 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | **$9,314.95** | **$3,883.33** |

| 3 | Income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.** | | |
|---|---|---|---|
| | a. | Gross receipts | $0.00 | $0.00 |
| | b. | Ordinary and necessary business expenses | $0.00 | $0.00 |
| | c. | Business income | Subtract Line b from Line a | $0.00 | $0.00 |

| 4 | Rent and other real property income. Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of of the operating expenses entered on Line b as a deduction in Part IV.** | | |
|---|---|---|---|
| | a. | Gross receipts | $0.00 | $0.00 |
| | b. | Ordinary and necessary operating expenses | $0.00 | $0.00 |
| | c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | **Interest, dividends, and royalties.** | **$0.00** | **$0.00** |
|---|---|---|---|
| 6 | **Pension and retirement income.** | **$334.00** | **$0.00** |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | **$0.00** | **$0.00** |

| 8 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | |
|---|---|---|---|
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor  $0.00 | Spouse  $0.00 | $0.00 | $0.00 |

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance. Do not include** any benefits received under the the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | | | |
| | b. | | $0.00 | $0.00 |

B 22C (Official Form 22C) (Chapter 13) (04/13)

| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $9,648.95 | $3,883.33 |
|---|---|---|---|
| 11 | **Total.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $13,532.28 | |

| | **Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD** | |
|---|---|---|
| 12 | Enter the amount from Line 11. | $13,532.28 |
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a.       | |
| | b.       | |
| | c.       | |
| | Total and enter on Line 13. | $0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $13,532.28 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $162,387.36 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br><br> a. Enter debtor's state of residence:     **Texas**     b. Enter debtor's household size:    **2** | $57,121.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed. <br><br> ☐   **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement. <br><br> ☑   **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

| | **Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME** | |
|---|---|---|
| 18 | Enter the amount from Line 11. | $13,532.28 |
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero. | |
| | a.       | |
| | b.       | |
| | c.       | |
| | Total and enter on Line 19. | $0.00 |

B 22C (Official Form 22C) (Chapter 13) (04/13)

| 20 | **Current monthly income for § 1325(b)(3).**  Subtract Line 19 from Line 18 and enter the result. | **$13,532.28** |
|----|----|----|
| 21 | **Annualized current monthly income for § 1325(b)(3).**  Multiply the amount from Line 20 by the number 12 and enter the result. | **$162,387.36** |
| 22 | **Applicable median family income.**  Enter the amount from Line 16. | **$57,121.00** |
| 23 | **Application of § 1325(b)(3).**  Check the applicable box and proceed as directed.<br>☑ **The amount on Line 21 is more than the amount on Line 22.**  Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br>☐ **The amount on Line 21 is not more than the amount on Line 22.**  Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement.  DO NOT COMPLETE PARTS IV, V, OR VI. | |

### Part IV. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.**  Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable number or persons.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | **$1,092.00** |
|----|----|----|

| 24B | **National Standards: health care.**  Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older.  (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.)  Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1.  Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2.  Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | |

| | **Persons under 65 years of age** | | **Persons 65 years of age or older** | | |
|----|----|----|----|----|----|
| a1. | Allowance per person | $60.00 | a2. | Allowance per person | $144.00 | |
| b1. | Number of persons | 2 | b2. | Number of persons | | |
| c1. | Subtotal | $120.00 | c2. | Subtotal | $0.00 | **$120.00** |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | **$552.00** |
|----|----|----|

B 22C (Official Form 22C) (Chapter 13) (04/13)

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | |
|---|---|---|
| | | |

| | a. | IRS Housing and Utilities Standards; mortgage/rent expense | | $1,338.00 | |
|---|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | | $4,366.57 | |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. | | **$0.00** |

| 26 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
|---|---|---|
| | | |

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7.    ☐ 0    ☐ 1    ☑ 2 or more.<br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation.  If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region.  (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$624.00** |
|---|---|---|

| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation.  (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | **$0.00** |
|---|---|---|

B 22C (Official Form 22C) (Chapter 13) (04/13)

| | | | | |
|---|---|---|---|---|
| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1  ☒ 2 or more. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a and enter the result in Line 28.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $517.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $228.18 | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. | $288.82 |
| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a and enter the result in Line 29.  DO NOT ENTER AN AMOUNT LESS THAN ZERO. | | | |
| | a. | IRS Transportation Standards, Ownership Costs | $517.00 | |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $58.33 | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. | $458.67 |
| 30 | **Other Necessary Expenses: taxes.**   Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self-employment taxes, social-security taxes, and Medicare taxes.  DO NOT INCLUDE REAL ESTATE OR SALES TAXES. | | | $2,425.45 |
| 31 | **Other Necessary Expenses: involuntary deductions for employment.**   Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs.  DO NOT INCLUDE DISCRETIONARY AMOUNTS, SUCH AS VOLUNTARY 401(K) CONTRIBUTIONS. | | | $616.64 |
| 32 | **Other Necessary Expenses: life insurance.**   Enter total average monthly premiums that you actually pay for term life insurance for yourself.  DO NOT INCLUDE PREMIUMS FOR INSURANCE ON YOUR DEPENDENTS, FOR WHOLE LIFE OR FOR ANY OTHER FORM OF INSURANCE. | | | $494.35 |
| 33 | **Other Necessary Expenses: court-ordered payments.**  Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments.  DO NOT INCLUDE PAYMENTS ON PAST DUE OBLIGATIONS INCLUDED IN LINE 49. | | | $0.00 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.**  Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | | | $0.00 |
| 35 | **Other Necessary Expenses: childcare.**  Enter the total average monthly amount that you actually expend on childcare--such as baby-sitting, day care, nursery and preschool.  DO NOT INCLUDE OTHER EDUCATIONAL PAYMENTS. | | | $0.00 |
| 36 | **Other Necessary Expenses: health care.**   Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B.  DO NOT INCLUDE PAYMENTS FOR HEALTH INSURANCE OR HEALTH SAVINGS ACCOUNTS LISTED IN LINE 39. | | | $280.00 |
| 37 | **Other Necessary Expenses: telecommunication services.**  Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service--such as pagers, call waiting, caller id, special long distance, or internet service--to the extent necessary for your health and welfare or that of your dependents.  DO NOT INCLUDE ANY AMOUNT PREVIOUSLY DEDUCTED. | | | $0.00 |
| 38 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 24 through 37. | | | $6,951.93 |

B 22C (Official Form 22C) (Chapter 13) (04/13)

| | Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 24-37 | | |
|---|---|---|---|
| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | | |
| | a. Health Insurance | $349.38 | |
| | b. Disability Insurance | $0.00 | |
| | c. Health Savings Account | $0.00 | |
| | Total and enter on Line 39 | | $349.38 |
| | IF YOU DO NOT ACTUALLY EXPEND THIS TOTAL AMOUNT, state your actual total average monthly expenditures in the space below:<br>_____ | | |
| 40 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. DO NOT INCLUDE PAYMENTS LISTED IN LINE 34. | | $0.00 |
| 41 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | | $0.00 |
| 42 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | | |
| 43 | **Education expenses for dependent children under 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF YOUR ACTUAL EXPENSES, AND YOU MUST EXPLAIN WHY THE AMOUNT CLAIMED IS REASONABLE AND NECESSARY AND NOT ALREADY ACCOUNTED FOR IN THE IRS STANDARDS. | | $0.00 |
| 44 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) YOU MUST DEMONSTRATE THAT THE ADDITIONAL AMOUNT CLAIMED IS REASONABLE AND NECESSARY. | | |
| 45 | **Charitable contributions.** Enter the amount reasonably necessary for you to expend each month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). DO NOT INCLUDE ANY AMOUNT IN EXCESS OF 15% OF YOUR GROSS MONTHLY INCOME. | | $50.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 39 through 45. | | $399.38 |

B 22C (Official Form 22C) (Chapter 13) (04/13)

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 47 | **Future payments on secured claims.**   For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance.  The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60.  If necessary, list additional entries on a separate page.  Enter the total of the Average Monthly Payments on Line 47. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | AAA Funding , Inc | 2003 Infiniti G35 Coupe | $58.33 | ☐ yes ☑ no | |
| b. | BMW Bank of NA | 2011 BMW 528i 528i | $228.18 | ☐ yes ☑ no | |
| c. | Ocwen | 315 Harborside Circle | $880.34 | ☐ yes ☑ no | |
| | (See continuation page.) | | Total:  Add Lines a, b and c | | $4,653.08 |

| 48 | **Other payments on secured claims.**   If any of debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property.  The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.  List and total any such amounts in the following chart.  If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount | |
|---|---|---|---|---|
| a. | Ocwen | 315 Harborside Circle | $28.33 | |
| b. | | | | |
| c. | | | | |
| | | | Total:  Add Lines a, b and c | $28.33 |

| 49 | **Payments on prepetition priority claims.**   Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing.  DO NOT INCLUDE CURRENT OBLIGATIONS, SUCH AS THOSE SET OUT IN LINE 33. | $666.67 |
|---|---|---|

| 50 | **Chapter 13 administrative expenses.**   Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | | |
|---|---|---|---|

| | a. | Projected average monthly chapter 13 plan payment. | $2,750.00 | |
|---|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | 5.3 % | |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b | $145.75 |

| 51 | **Total Deductions for Debt Payment.**   Enter the total of Lines 47 through 50. | $5,493.83 |
|---|---|---|
| | Subpart D: Total Deductions from Income | |
| 52 | **Total of all deductions from income.**   Enter the total of Lines 38, 46 and 51. | $12,845.14 |

| | Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2) | |
|---|---|---|
| 53 | **Total current monthly income.**   Enter the amount from Line 20. | $13,532.28 |
| 54 | **Support income.**   Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | |

B 22C (Official Form 22C) (Chapter 13) (04/13)

| 55 | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | **$0.00** |
|---|---|---|
| 56 | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | **$12,845.14** |

| 57 | **Deduction for special circumstances.** |
|---|---|
| | If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. YOU MUST PROVIDE YOUR CASE TRUSTEE WITH DOCUMENTATION OF THESE EXPENSES AND YOU MUST PROVIDE A DETAILED EXPLANATION OF THE SPECIAL CIRCUMSTANCES THAT MAKE SUCH EXPENSES NECESSARY AND REASONABLE. |

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | **$0.00** |

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | **$12,845.14** |
|---|---|---|
| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | **$687.14** |

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | |
| b. | | |
| c. | | |
| | Total: Add Lines a, b, and c | **$0.00** |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this is a joint case, both debtors must sign.)* |
|---|---|

Date: __10/24/2014__     Signature:   **/s/ Eric Block**
                                              **Eric Block**

Date: __10/24/2014__     Signature:   **/s/ Pegi Block**
                                              **Pegi Block**

**B 22C (Official Form 22C) (Chapter 13) (04/13)**

**47. Future payments on secured claims (continued):**

| Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|
| **Wells Fargo Bank, NA** | **2006 MB Sport 24V** | **$0.00** | ☐ yes  ☑ no |
| **Wells Fargo Mortgage** | **315 Harborside Circle** | **$3,486.23** | ☑ yes  ☐ no |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014

## Current Monthly Income Calculation Details

In re: **Eric Block**          Case Number: **14-80403**
      **Pegi Block**          Chapter: **13**

**2.    Gross wages, salary, tips, bonuses, overtime commissions.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **Wages: University of Houston** | | | | | | |
| | $9,304.95 | $9,304.95 | $9,304.95 | $9,324.95 | $9,324.95 | $9,324.95 | **$9,314.95** |
| **Spouse** | **Draws: Block & Elmore** | | | | | | |
| | $1,500.00 | $1,700.00 | $4,500.00 | $6,500.00 | $5,600.00 | $3,500.00 | **$3,883.33** |

**6.    Pension and retirement income.**

| Debtor or Spouse's Income | Description (if available) | | | | | | |
|---|---|---|---|---|---|---|---|
| | 6 Months Ago | 5 Months Ago | 4 Months Ago | 3 Months Ago | 2 Months Ago | Last Month | Avg. Per Month |
| **Debtor** | **pension/retirement income** | | | | | | |
| | $334.00 | $334.00 | $334.00 | $334.00 | $334.00 | $334.00 | **$334.00** |

# Underlying Allowances

In re: **Eric Block**
**Pegi Block**

Case Number: **14-80403**
Chapter: **13**

| Median Income Information | |
|---|---|
| State of Residence | **Texas** |
| Household Size | **2** |
| Median Income per Census Bureau Data | **$57,121.00** |

| National Standards: Food, Clothing, Household Supplies, Personal Care, and Miscellaneous | |
|---|---|
| Region | **US** |
| Family Size | **2** |
| Gross Monthly Income | **$13,532.28** |
| Income Level | **Not Applicable** |
| Food | **$588.00** |
| Housekeeping Supplies | **$66.00** |
| Apparel and Services | **$162.00** |
| Personal Care Products and Services | **$61.00** |
| Miscellaneous | **$215.00** |
| Additional Allowance for Family Size Greater Than 4 | **$0.00** |
| Total | **$1,092.00** |

| National Standards: Health Care (only applies to cases filed on or after 1/1/08) | |
|---|---|
| **Household members under 65 years of age** | |
| Allowance per member | **$60.00** |
| Number of members | **2** |
| Subtotal | **$120.00** |
| **Household members 65 years of age or older** | |
| Allowance per member | **$144.00** |
| Number of members | **0** |
| Subtotal | **$0.00** |
| **Total** | **$120.00** |

| Local Standards: Housing and Utilities | |
|---|---|
| State Name | **Texas** |
| County or City Name | **Galveston County** |
| Family Size | **Family of 2** |
| Non-Mortgage Expenses | **$552.00** |
| Mortgage/Rent Expense Allowance | **$1,338.00** |
| Minus Average Monthly Payment for Debts Secured by Home | **$4,366.57** |
| Equals Net Mortgage/Rental Expense | **$0.00** |
| Housing and Utilities Adjustment | **$0.00** |

# Underlying Allowances

In re: **Eric Block**  
     **Pegi Block**

Case Number: **14-80403**  
Chapter:      **13**

| Local Standards: Transportation; Vehicle Operation/Public Transportation | |
|---|---|
| Transportation Region | **Houston** |
| Number of Vehicles Operated | **2 or more** |
| Allowance | **$624.00** |

| Local Standards: Transportation; Additional Public Transportation Expense | |
|---|---|
| Transportation Region | **Houston** |
| Allowance (if entitled) | **$184.00** |
| Amount Claimed | **$0.00** |

| Local Standards: Transportation; Ownership/Lease Expense | | |
|---|---|---|
| Transportation Region | **Houston** | |
| Number of Vehicles with Ownership/Lease Expense | **2 or more** | |
| | **First Car** | **Second Car** |
| Allowance | **$517.00** | **$517.00** |
| Minus Average Monthly Payment for Debts Secured by Vehicle | **$228.18** | **$58.33** |
| Equals Net Ownership / Lease Expense | **$288.82** | **$458.67** |

Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2014